# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 3 1 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PABLO VENTURA MAGANA-CARRANZA,<br><br>　　　　　　　　Defendant. | CASE NO. 12CR0081-GT<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense(s) of: 8:1326(a) and (b) - Attempted Entry After Deportation.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GORDON THOMPSON, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE