UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 3 1 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PABLO VENTURA MAGANA-CARRANZA,
48180-180

        Defendant.

CASE NO. 12CR0081-GT

**JUDGMENT OF DISMISSAL**

FILED
FEB 0 2 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: 8:1326(a) and (b) - Attempted Entry After Deportation.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

I have executed within _Dismissal_
Judgement and Commitment on _1/31/2012_
United States Marshal
By: _____
USMS Criminal Section